UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:18-CV-192-BO

| | |
|---|---|
| CAROL MELVIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT&T UMBRELLA BENEFIT )<br>PLAN NO. 1, )<br>)<br>Defendant. ) | **ORDER** |

This matter comes before the Court on the parties' failure to file a stipulation of dismissal. The Court was previously advised that the parties had settled the case and they were directed by Court order to file a stipulation of dismissal within forty-five days. The order advised that failure to comply with the order would result in dismissal of the case with prejudice. The parties have failed to file a stipulation of dismissal within the time provided, and this case is therefore dismissed with prejudice. The clerk is directed to close the case.

SO ORDERED, this  26  day of August, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE